IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01352-PSF-PAC
(Consolidated with 05-cv-01625-WYD-BNB)

HILARY STRECKENBACH; and
OMAR MARTINEZ,

    Plaintiff,

v.

TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR SALES U.S.A., INC.;
TAKATA CORPORATION; a foreign corporation believed to be headquartered in Japan;
TAKATA, INC., a Delaware corporation;
TK HOLDINGS, a foreign corporation;
TK HOLDINGS, INC., a Delaware corporation;
TAKATA RESTRAINT SYSTEMS, INC., a Delaware corporation;
TAKATA NORTH AMERICAN, INC., a foreign corporation;
TAKATA SEATBELTS, INC., a foreign corporation;
TAKATA SEAT BELTS, INC., a Delaware corporation;
AUTOMOTIVE SYSTEMS LABORATORY, INC., a Delaware corporation;
TI HOLDINGS, INC., a foreign corporation;
IRVIN AUTOMOTIVE PRODUCTS, INC., a foreign corporation;
IRVIN INDUSTRIES, INC., a foreign corporation;
IRVIN AUTOMOTIVE INDUSTRIES, INC., a foreign corporation;
HALLE & STIEGLITZ, INC., a foreign corporation;
HALLE INDUSTRIAL GROUP, INC., a foreign corporation;
HALLE INDUSTRIES, INC., a foreign corporation;
IRVIN INDUSTRIES, INC., N.Y., a foreign corporation;
IRVIN INDUSTRIES, INC., MICHIGAN, a foreign corporation
TOKAI RIKA CO., LTD., a foreign corporation;
BRIDGESTONE/FIRESTONE, INC., an Ohio corporation; and
BRIDGESTONE CORPORATION, a foreign corporation,

    Defendants.

___

Consolidated with 05-cv-01625-WYD-BNB
(Consolidated with 05-cv-01352-PSF-PAC)

WESTERN AGRICULTURAL INSURANCE COMPANY, a foreign corporation as Subrogees of Omar Martinez and Hillary Streckenbach

TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR SALES US. , INC.;
TAKATA CORPORATION; a foreign corporation believed to be headquartered in Japan;
TAKATA, INC., a Delaware corporation;
TK HOLDINGS, a foreign corporation;
TK HOLDINGS, INC. , a Delaware corporation;
TAKATA RESTRAINT SYSTEMS, INC. , a Delaware corporation;
TAKATA NORTH AMERICAN, INC., a foreign corporation;
TAKATA SEATBELTS, INC. , a foreign corporation;
TAKATA SEAT BELTS, INC., a Delaware corporation;
AUTOMOTIVE SYSTEMS LABORATORY, INC. , a Delaware corporation;
TI HOLDINGS, INC. , a foreign corporation;
IRVIN AUTOMOTIVE PRODUCTS, INC., a foreign corporation;
IRVIN INDUSTRIES, INC., a foreign corporation;
IRVIN AUTOMOTIVE INDUSTRIES, INC. , a foreign corporation;
HALLE & STIEGLITZ, INC. , a foreign corporation;
HALLE INDUSTRIAL GROUP, INC. , a foreign corporation;
HALLE INDUSTRIES, INC. , a foreign corporation;
IRVIN INDUSTRIES, INC., N.Y., a foreign corporation;
IRVIN INDUSTRIES INC., MICHIGAN, a foreign corporation;
TOKAI RIKA CO., LTD., a foreign corporation;
BRIDGESTONE/FIRESTONE, INC. , an Ohio corporation; and
BRIDGESTONE CORPORATION, a foreign corporation,

   Defendants.

## ORDER OF CONSOLIDATION

   THIS MATTER is before the Court on the Unopposed Motion to Consolidate Related Cases (Dkt. # 27) filed by Defendants Toyota Motor Sales U.S.A., Inc. And Corporation and Toyota Motor Corporation. Pursuant to F.R.Civ.P. 42(a), the Court

finds that the above two actions involve common questions of law or fact, including common parties and common claims, before this Court.

FURTHER, the Court finds that consolidation of these two cases will avoid unnecessary costs and delays. Therefore, it is

ORDERED that the two actions are consolidated under the earlier numbered case. The undersigned Judge and Magistrate Judge Coan will preside over both actions.

DATED: September 30, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge