**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.: 1:05-cv-01352-PSF-PAC
(Consolidated with 05-cv-01625-PSF-PAC)

HILARY STRECKENBACH and
OMAR MARTINEZ,

Plaintiffs,

vs.

TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR SALES U.S.A., INC.;
TAKATA CORPORATION; a foreign corporation believed to be headquartered in Japan;
TAKATA, INC., a Delaware corporation;
TK HOLDINGS, a foreign corporation;
TK HOLDINGS, INC., a Delaware corporation;
TAKATA RESTRAINT SYSTEMS, INC., a Delaware corporation;
TAKATA NORTH AMERICA, INC., a foreign corporation;
TAKATA SEATBELTS, INC., a foreign corporation;
TAKATA SEAT BELTS, INC., a Delaware corporation;
AUTOMOTIVE SYSTEMS LABORATORY, INC., a Delaware corporation;
TI HOLDINGS, INC., a foreign corporation;
IRVIN AUTOMOTIVE PRODUCTS, INC.; a foreign corporation;
IRVIN INDUSTRIES, INC., a foreign corporation;
IRVIN AUTOMOTIVE INDUSTRIES, INC., a foreign corporation;
HALLE & STIEGLITZ, Inc., a foreign corporation;
HALLE INDUSTRIAL GROUP, INC., a foreign corporation;
HALLE INDUSTRIES, INC., a foreign corporation;
IRVIN INDUSTRIES, INC., N.Y., a foreign corporation;
IRVIN INDUSTRIES, INC., MICHIGAN a foreign corporation;
TOKAI RIKA CO., LTD., a foreign corporation;
BRIDGESTONE FIRESTONE, INC., an Ohio corporation; and
BRIDGESTONE CORPORATION, a foreign corporation.

Defendants.
_____

Consolidated with 05-cv-01625-PSF-PAC
(Consolidated with 05-cv-01352-PSF-PAC)

WESTERN AGRICULTURAL INSURANCE COMPANY, a foreign corporation as Subrogees of Omar Martinez and Hillary Streckenbach,

TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR SALES U.S.A., INC.;
TAKATA CORPORATION; a foreign corporation believed to be headquartered in Japan;
TAKATA, INC., a Delaware corporation;
TK HOLDINGS, a foreign corporation;
TK HOLDINGS, INC., a Delaware corporation;
TAKATA RESTRAINT SYSTEMS, INC., a Delaware corporation;
TAKATA NORTH AMERICA, INC., a foreign corporation;
TAKATA SEATBELTS, INC., a foreign corporation;
TAKATA SEAT BELTS, INC., a Delaware corporation;
AUTOMOTIVE SYSTEMS LABORATORY, INC., a Delaware corporation;
TI HOLDINGS, INC., a foreign corporation;
IRVIN AUTOMOTIVE PRODUCTS, INC.; a foreign corporation;
IRVIN INDUSTRIES, INC., a foreign corporation;
IRVIN AUTOMOTIVE INDUSTRIES, INC., a foreign corporation;
HALLE & STIEGLITZ, Inc., a foreign corporation;
HALLE INDUSTRIAL GROUP, INC., a foreign corporation;
HALLE INDUSTRIES, INC., a foreign corporation;
IRVIN INDUSTRIES, INC., N.Y., a foreign corporation;
IRVIN INDUSTRIES, INC., MICHIGAN a foreign corporation;
TOKAI RIKA CO., LTD., a foreign corporation;
BRIDGESTONE FIRESTONE, INC., an Ohio corporation; and
BRIDGESTONE CORPORATION, a foreign corporation.

Defendants.
_____

ORDER RE: UNOPPOSED MOTION TO SUBSTITUTE AFFIDAVIT
_____

Order Entered by Magistrate Judge Patricia A. Coan

THIS MATTER having come before the Court upon Defendant Bridgestone Corporation's ("Bridgestone") October 6, 2005 Unopposed Motion to Substitute Affidavit, and the Court being fully advised in the premises, GRANTS the motion.

IT IS further Ordered that the Affidavit submitted as Exhibit A to Bridgestone's Unopposed Motion to Substitute Affidavit is hereby substituted for the Affidavit submitted as

Exhibit A to Bridgestone's Brief in Support of Its Motion to Dismiss for Lack of Personal Jurisdiction which was filed on September 20, 2005.

Dated October 11, 2005.

> By the Court
> s/Patricia A. Coan _____
> United States District Court Magistrate Judge