IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01352-PSF-PAC
   (Consolidated with 05-cv-01625-PSF-PAC)

HILARY STRECKENBACH, and
OMAR MARTINEZ,

   Plaintiff(s),

v.

Toyota Motor Corporation,
Toyota Motor Sales U.S.A., Inc.,
Takata Corporation, a foreign corporation believed to be headquartered in Japan,
Takata, Inc., a Delaware corporation,
TK Holdings, a foreign corporation,
TK Holdings, Inc., a Delaware corporation,
Takata Restraint Systems, Inc., a Delaware corporation,
Takata North American, Inc., a foreign corporation,
Takata Seatbelts, Inc., a foreign corporation,
Takata Seat Belts, Inc., a Delaware corporation,
Automotive Systems Laboratory, Inc., a Delaware corporation,
TI Holdings, Inc., a foreign corporation,
Irvin Automotive Products, Inc., a foreign corporation,
Irvin Industries, Inc., a foreign corporation,
Irvin Automotive Industries, Inc., a foreign corporation,
Halle & Stieglitz, Inc., a foreign corporation,
Halle Industrial Group, Inc., a foreign corporation,
Halle Industries, Inc., a foreign corporation,
Irvin Industries, Inc., N.Y., a foreign corporation,
Irvin Industries, Inc., Michigan, a foreign corporation,
Tokai Rika Co., Ltd., a foreign corporation
Bridgestone/Firestone, Inc., an Ohio corporation,
Bridgestone Corporation, a foreign corporation,

   Defendant(s).

_____

Order Amending Scheduling Order
_____

THIS MATTER having come before the Court upon the parties' Joint Motion to Amend the Scheduling Order, Doc. # 65, and the Court being fully advised of the grounds therefore, hereby **GRANTS** the Joint Motion and **AMENDS** the Scheduling Order as follows:

Plaintiffs shall request two-day expedited transcripts for Rule 30(b)(6) depositions, and Plaintiffs shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) three weeks after receipt of the last scheduled Rule 30(b)(6) deposition.

Defendants shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) forty-five days after the date on which Plaintiffs' expert reports are due; and Rebuttal Expert reports shall be due fifteen days after the date on which Defendants' expert reports are due.

IT IS FURTHER **ORDERED** that notwithstanding the foregoing agreement of counsel, the current **discovery deadline of September 30, 2006 will not be extended**.

Dated February 8, 2006.

                                              By the Court:
                                              s/Patricia A. Coan
                                              Patricia A. Coan
                                              United States Magistrate Judge