IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01352-PSF-PAC
(Consolidated with 05-cv-01625-PSF-PAC)

HILARY STRECKENBACH, and
OMAR MARTINEZ,

      Plaintiffs,

vs.

TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR SALES U.S.A., INC.;
TAKATA CORPORATION; a foreign corporation believed to be headquartered in Japan;
TAKATA, INC., a Delaware corporation;
TK HOLDINGS, a foreign corporation;
TK HOLDINGS, INC., a Delaware corporation;
TAKATA RESTRAINT SYSTEMS, INC., a Delaware corporation;
TAKATA NORTH AMERICAN, INC., a foreign corporation;
TAKATA SEATBELTS, INC., a foreign corporation;
TAKATA SEAT BELTS, INC., a Delaware corporation;
AUTOMOTIVE SYSTEMS LABORATORY, INC., a Delaware corporation;
TI HOLDINGS, INC., a foreign corporation;
IRVIN AUTOMOTIVE PRODUCTS, INC.; a foreign corporation;
IRVIN INDUSTRIES, INC., a foreign corporation;
IRVIN AUTOMOTIVE INDUSTRIES, INC., a foreign corporation;
HALLE & STIEGLITZ, INC., a foreign corporation;
HALLE INDUSTRIAL GROUP, INC., a foreign corporation;
HALLE INDUSTRIES, INC., a foreign corporation;
IRVIN INDUSTRIES, INC., N.Y., a foreign corporation;
IRVIN INDUSTRIES, INC., MICHIGAN a foreign corporation;
TOKAI RIKA CO., LTD., a foreign corporation;
BRIDGESTONE/FIRESTONE, INC., an Ohio corporation; and
BRIDGESTONE CORPORATION, a foreign corporation.

      Defendants.

**ORDER GRANTING UNOPPOSED MOTION OF FIRESTONE
TO PRODUCE AND RELEASE EVIDENCE**

THIS MATTER having come before this Court upon Defendant, Bridgestone Firestone North American Tire, LLC's ("Firestone"), Unopposed Motion for the Broomfield Police Department to Produce and Release Evidence, [Doc # 70] and the Court having been advised in the premises, GRANTS the motion. Further,

IT IS HEREBY ORDERED that Broomfield Police Department is required and allowed to produce the evidence in its possession at depositions and to then release custody of the two glass marijuana pipes at issue to counsel for Firestone, who will preserve the pipes during the pendency of the litigation, and who will return the pipes to the Broomfield Police Department upon the conclusion of this litigation, for destruction and/or disposition according to the Broomfield Police Department's customary policies or procedures. Counsel for Firestone may lawfully possess the marijuana pipes in accordance with this Order.

Dated this 23rd day of February, 2006.

BY THE COURT:

S/ Patricia A Coan
United States District Court
Patricia A Coan
Magistrate Judge

2