IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01352-PSF-PAC
         (Consolidated with 05-cv-01625-PSF-PAC)

HILARY STRECKENBACH, and
OMAR MARTINEZ,

        Plaintiff(s),

v.

Toyota Motor Corporation,
Toyota Motor Sales U.S.A., Inc.,
Takata Corporation, a foreign corporation believed to be headquartered in Japan,
Takata, Inc., a Delaware corporation,
TK Holdings, a foreign corporation,
TK Holdings, Inc., a Delaware corporation,
Takata Restraint Systems, Inc., a Delaware corporation,
Takata North American, Inc., a foreign corporation,
Takata Seatbelts, Inc., a foreign corporation,
Takata Seat Belts, Inc., a Delaware corporation,
Automotive Systems Laboratory, Inc., a Delaware corporation,
TI Holdings, Inc., a foreign corporation,
Irvin Automotive Products, Inc., a foreign corporation,
Irvin Industries, Inc., a foreign corporation,
Irvin Automotive Industries, Inc., a foreign corporation,
Halle & Stieglitz, Inc., a foreign corporation,
Halle Industrial Group, Inc., a foreign corporation,
Halle Industries, Inc., a foreign corporation,
Irvin Industries, Inc., N.Y., a foreign corporation,
Irvin Industries, Inc., Michigan, a foreign corporation,
Tokai Rika Co., Ltd., a foreign corporation
Bridgestone/Firestone, Inc., an Ohio corporation,
Bridgestone Corporation, a foreign corporation,

        Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

IT IS HEREBY **ORDERED** that responses to plaintiff's Motion to Compel Defendant Bridgestone Corp., and Bridgestone Firestone North American Tire LLC's Responses to Request for Production of Documents and Interrogatories [filed April 11, 2006; Doc. 91} and plaintiff's Motion for In Camera Inspection of Certain Toyota Corp. Documents [filed April 12, 2006; Doc. No. 92] are due on or before **April 26, 2006.** No replies will be accepted.

IT IS **FURTHER ORDERED** that a one hour hearing on the above motions is set for **May 17, 2006 at 1:30 p.m.**, in Courtroom A501.  Counsel are to meet and confer from **12:30 p.m. to 1:30 p.m.** in the magistrate judge's conference room prior to the hearing in an effort to resolve discovery issues.

In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  April 18, 2006