IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01352-PSF-PAC
(Consolidated with 05-cv-01625-PSF-PAC)

HILARY STRECKENBACH, and
OMAR MARTINEZ,

    Plaintiff(s),

v.

Toyota Motor Corporation,
Toyota Motor Sales U.S.A., Inc.,
Takata Corporation, a foreign corporation believed to be headquartered in Japan,
Takata, Inc., a Delaware corporation,
TK Holdings, a foreign corporation,
TK Holdings, Inc., a Delaware corporation,
Takata Restraint Systems, Inc., a Delaware corporation,
Takata North American, Inc., a foreign corporation,
Takata Seatbelts, Inc., a foreign corporation,
Takata Seat Belts, Inc., a Delaware corporation,
Automotive Systems Laboratory, Inc., a Delaware corporation,
TI Holdings, Inc., a foreign corporation,
Irvin Automotive Products, Inc., a foreign corporation,
Irvin Industries, Inc., a foreign corporation,
Irvin Automotive Industries, Inc., a foreign corporation,
Halle & Stieglitz, Inc., a foreign corporation,
Halle Industrial Group, Inc., a foreign corporation,
Halle Industries, Inc., a foreign corporation,
Irvin Industries, Inc., N.Y., a foreign corporation,
Irvin Industries, Inc., Michigan, a foreign corporation,
Tokai Rika Co., Ltd., a foreign corporation
Bridgestone/Firestone, Inc., an Ohio corporation,
Bridgestone Corporation, a foreign corporation,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

May 16, 2006

IT IS HEREBY **ORDERED** that Plaintiffs' Notice of Withdrawal of April 11, 2006 Motion to Compel Defendant Bridgestone Corp. and Bridgestone Firestone North America Tire LLC.'s Responses to Request for Production of Documents and Interrogatories (doc. 102) and Plaintiffs' Notice of Withdrawal of April 12, 2006 Motion for In Camera Inspection of Certain Documents (doc. 104), which the court considers as motions to withdraw are **granted**. It is further

**ORDERED** that Plaintiffs' Motion to Compel Defendant Bridgestone Corp. and Bridgestone Firestone North America Tire LLC.'s Responses to Request for Production of Documents and Interrogatories (doc. 91) and Plaintiffs' Motion for In Camera Inspection of Certain Toyota Corp. Documents (doc. 92) are **denied** as mooted by the notices of withdrawal.

It is FURTHER **ORDERED** that the meet and confer session and the motions hearing set for May 17, 2006 are **vacated**.

Counsel are advised that an order concerning Firestone's Motion for Protective Order (Doc. # 83) will be issued today or tomorrow.