IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01352-PSF-PAC
(Consolidated with 05-cv-01625-PSF-BNB)

HILARY STRECKENBACH; and
OMAR MARTINEZ,

    Plaintiff,

v.

TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR SALES U.S.A., INC.;
BRIDGESTONE/FIRESTONE, INC., an Ohio corporation; and
BRIDGESTONE CORPORATION, a foreign corporation,

    Defendants.

---

Civil Action No. 05-cv-01625-PSF-BNB
(Consolidated with 05-cv-01352-PSF-PAC)

WESTERN AGRICULTURAL INSURANCE COMPANY, a foreign corporation as Subrogees of Omar Martinez and Hillary Streckenbach

    Plaintiff,

v.

TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR SALES US. , INC.;
BRIDGESTONE/FIRESTONE, INC. , an Ohio corporation; and
BRIDGESTONE CORPORATION, a foreign corporation,

    Defendants.

---

**ORDER ON JOINT STIPULATION
FOR DISMISSAL WITH PREJUDICE**

The Court, having considered the Joint Stipulation of Dismissal With Prejudice (Dkt. # 109) filed by Plaintiffs Hilary Streckenbach and Omar Martinez, and Defendants Toyota Motor Corporation ("TMC") and Toyota Motor Sales, U.S.A., Inc. ("TMS"), and being fully advised on the merits of the Joint Stipulation, has concluded that dismissal should be granted.

IT IS THEREFORE ORDERED, that claims asserted in this matter by Plaintiffs Streckenbach and Martinez against TMC and TMS are DISMISSED WITH PREJUDICE, each party to bear his, her or its own costs and fees.  This order of dismissal <u>does not affect</u> the claims by Western Agricultural Insurance Company or claims by Plaintiffs Streckenbach and Martinez against defendants other than TMC and TMS.

IT IS FURTHER ORDERED that the caption of further pleadings in this matter shall be changed to reflect the changes set forth in this Order.

SO ORDERED THIS 14th day of August, 2006.

BY THE COURT:

*s: Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge