IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01352-PSF-PAC
(Consolidated with 05-cv-01625-PSF-BNB)

HILARY STRECKENBACH; and
OMAR MARTINEZ,

    Plaintiff,

v.

BRIDGESTONE/FIRESTONE, INC., an Ohio corporation; and
BRIDGESTONE CORPORATION, a foreign corporation,

    Defendants.

---

Civil Action No. 05-cv-01625-PSF-BNB
(Consolidated with 05-cv-01352-PSF-PAC)

WESTERN AGRICULTURAL INSURANCE COMPANY, a foreign corporation as Subrogees of Omar Martinez and Hillary Streckenbach

    Plaintiff,

v.

TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR SALES US. , INC.;
BRIDGESTONE/FIRESTONE, INC. , an Ohio corporation; and
BRIDGESTONE CORPORATION, a foreign corporation,

    Defendants.

---

**ORDER ON JOINT STIPULATION
FOR DISMISSAL OF BRIDGESTONE DEFENDANTS**

---

The Court, having considered the Joint Stipulation for Dismissal With Prejudice (Dkt. # 111) filed by Plaintiffs Hilary Streckenbach and Omar Martinez, and Defendants Bridgestone/Firestone, Inc. and Bridgestone Corporation ("Bridgestone Defendants"),

and being fully advised on the merits of the Joint Stipulation, has concluded that dismissal should be GRANTED.

IT IS THEREFORE ORDERED that claims asserted in this matter by Plaintiffs Streckenbach and Martinez against the Bridgestone Defendants are DISMISSED WITH PREJUDICE, each party to bear his, her or its own costs and fees. This order of dismissal <u>does not affect</u> any claims by Plaintiff Western Agricultural Insurance Company against any defendants.

THE COURT NOTES that the claims set forth in Civil Action No. 05-cv-01352 have been resolved and that Western Agricultural Insurance Company remains as the sole plaintiff in these consolidated cases.

DATED: August 30, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge