IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01352-PSF-PAC
(Consolidated with 05-cv-01625-PSF-PAC)

HILARY STRECKENBACH, and
OMAR MARTINEZ,

    Plaintiffs,

v.

BRIDGESTONE/FIRESTONE, INC., an Ohio corporation; and
BRIDGESTONE CORPORATION, a foreign corporation.

    Defendants.

---

Civil Action No. 05-cv-01625-PSF-PAC
(Consolidated with 05-cv-01352-PSF-PAC)

WESTERN AGRICULTURAL INSURANCE COMPANY, a foreign corporation, as Subrogees of Omar Martinez and Hillary Streckenbach,

    Plaintiffs,

v.

TOYOTA MOTOR CORPORATION;
TOYOTA MOTOR SALES U.S.A., INC.;
BRIDGESTONE/FIRESTONE, INC., an Ohio corporation; and
BRIDGESTONE CORPORATION, a foreign corporation,

    Defendants.

---

**ORDER FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF PLAINTIFF WESTERN AGRICULTURAL INSURANCE COMPANY ASSERTED AGAINST DEFENDANTS BRIDGESTONE/FIRESTONE, INC. AND BRIDGESTONE CORPORATION**

---

This matter having come before the Court upon the Plaintiff Western Agricultural Insurance Company and Defendants Bridgestone/Firestone North American Tire, LLC

f/k/a Bridgestone/Firestone, Inc. and Bridgestone Corporation's Joint Stipulation for Dismissal with Prejudice, the Court having read same and being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned action filed herein by Plaintiff Western Agricultural Insurance Company, and all causes of action arising therefrom, are DISMISSED WITH PREJUDICE as to Defendants Bridgestone/Firestone North American Tire, LLC f/k/a Bridgestone/Firestone, Inc. and Bridgestone Corporation, each party to pay its own costs.

THE COURT NOTES that all claims set forth in Civil Action No. 05-cv-01352 have been resolved and that Western Agricultural Insurance Company, as plaintiff, and Toyota Motor Corporation and Toyota Motor Sales U.S.A., Inc., as defendants, remain as the sole parties in consolidated Civil Action No. 05-cv-01625.

DATED:  November 8, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge