IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01352-PSF-PAC
(Consolidated with 05-cv-01625-PSF-BNB)

HILARY STRECKENBACH; and
OMAR MARTINEZ,

    Plaintiff,

v.

BRIDGESTONE/FIRESTONE, INC., an Ohio corporation; and
BRIDGESTONE CORPORATION, a foreign corporation,

    Defendants.

---

WESTERN AGRICULTURAL INSURANCE COMPANY, a foreign corporation as Subrogees of Omar Martinez and Hillary Streckenbach

    Plaintiff,

v.

TOYOTA MOTOR CORPORATION; and
TOYOTA MOTOR SALES U.S.A., INC.,

    Defendants.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Joint Stipulation for Dismissal With Prejudice (Dkt. # 118), filed by Plaintiff Western Agricultural Insurance Company, and Defendants Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. ("Toyota"), and being fully advised on the merits of the Joint Stipulation, has concluded that dismissal should be GRANTED.

IT IS THEREFORE ORDERED that all claims asserted in this matter between Plaintiff Western Agricultural Insurance Company and Toyota are DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.  In light of the fact that Plaintiff Western Agricultural Insurance Company and Defendants Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc. are the only remaining parties in the above-captioned consolidated cases, these cases are deemed DISMISSED in their entirety.

DATED: November 20, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge